**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No.: 1:26-cv-20556-JB/Torres**

ELIZABETH MADDEN,

*Plaintiff*,

v.

THE NORTHERN TRUST COMPANY,

*Defendant*.
_____________________________________________/

**PLAINTIFF'S REQUEST FOR CLERK TO APPOINT MEDIATOR**

Plaintiff Elizabeth Madden, by and through her undersigned attorneys, and pursuant to the Court's Order Setting Trial, Calendar Call, Reference Certain Matters to Magistrate Judge, Pretrial Deadlines, and Pretrial Procedures [ECF No. 19], hereby notifies the Clerk that the parties were unable to agree to a mediator and requests that the Clerk designate a mandatory mediator from the list of certified mediators on a blind, random basis, as provided by Local Rule 16.2(d)(1)(B).

Dated: June 30, 2026

By: */s/ Lee Stapleton*
Lee Stapleton (FBN 356778)
Email: lstapleton@carltonfields.com
Aaron S. Weiss (FBN 48813)
Email: aweiss@carltonfields.com
Amy Furness (FBN 34355)
Email: afurness@carltonfields.com
Carlton Fields, P.A.
700 NW 1st Avenue, Suite 1200
Miami, Florida 33136
Telephone: (305) 530-0050

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 30, 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF.

*/s Lee Stapleton*