**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No: 1:26-cv-20556-BECERRA/Torres**

ELIZABETH MADDEN, individually and
as co-trustee of the Elizabeth Ludwig
Madden Revocable Trust,

      *Plaintiff*,

v.

THE NORTHERN TRUST COMPANY, a
foreign banking corporation and co-trustee
of the Elizabeth Ludwig Madden Revocable
Trust,

      *Defendant*.

                                 /

**JOINT NOTICE OF SETTLEMENT**

Plaintiff Elizabeth Madden, individually and as co-trustee of the Elizabeth Ludwig Madden Revocable Trust, and Defendant The Northern Trust Company, a foreign banking corporation and co-trustee of the Elizabeth Ludwig Madden Revocable Trust (the "Parties"), pursuant to S.D. Fla. L.R. 16.2(f) and 16.4, jointly notify the Court that, in connection with the August 6, 2026 mediation, the Parties have agreed to resolve this action.

Specifically, following the mediation, on August 7, 2026, the Parties executed a binding settlement agreement term sheet. This binding settlement agreement term sheet provides that the Parties' agreement will be further memorialized in a more detailed settlement agreement to be executed no later than 21 days following the execution of the binding term sheet (i.e., by August 28, 2026). The binding settlement agreement term sheet also provides for certain conditions related to the settlement (including settlement payment) to then be completed within 21 calendar days following execution of the finalized settlement agreement, and for a stipulation of voluntary

145261286.#

dismissal to then be filed within 7 business days thereafter. Assuming the full periods are required for the serial acts, a stipulation of voluntary dismissal would be filed by September 30, 2026.

Based on this timeline, the binding settlement agreement term sheet also states that the Parties will request that the Court hold pending deadlines in abeyance for 60 calendar days and provide that a Stipulation of Voluntary Dismissal With Prejudice be filed within that time. The Parties hereby make such request, i.e., that:

1. Pending deadlines be held in abeyance until October 6, 2026; and

2. A Stipulation of Voluntary Dismissal With Prejudice be filed by October 6, 2026.

**Jointly Submitted: August 11, 2026**

By: */s/ Aaron S. Weiss*
Lee Stapleton (FBN 356778)
Email: lstapleton@carltonfields.com
Aaron S. Weiss (FBN 48813)
Email: aweiss@carltonfields.com
Amy Furness (FBN 34355)
Email: afurness@carltonfields.com
Carlton Fields, P.A.
700 NW 1st Avenue, Suite 1200
Miami, Florida 33136
Telephone: (305) 530-0050

*Attorneys for Plaintiff Elizabeth Madden, individually and as co-trustee of the Elizabeth Ludwig Madden Revocable Trust*

By: */s/ Ross E. Linzer*
Ross E. Linzer (FBN 73094)
rlinzer@kslaw.com
King & Spalding LLP
200 S. Biscayne Blvd, Suite 4700
Miami, Florida 33131
Telephone: (305) 462-6000

Tinos Diamantatos (pro hac vice)
tdiamantatos@kslaw.com
King & Spalding LLP
110 N. Wacker Drive, Suite 3800
Chicago, Illinois 60606
Telephone: (312) 995-6333

J. Raul Cosio (FBN 503630)
raul.cosio@hklaw.com
Holland & Knight LLP
701 Brickell Ave, Unit 3300
Miami, Florida 33131
Telephone: (305) 374-8500

*Defendant The Northern Trust Company, a foreign banking corporation and co-trustee of the Elizabeth Ludwig Madden Revocable Trust*