**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**Case No.  26-cv-20556-JB**

ELIZABETH MADDEN, individually and
as co-trustee of the Elizabeth Ludwig
Madden Revocable Trust,

      Plaintiff,

v.

THE NORTHERN TRUST COMPANY, a
foreign banking corporation and co-trustee
of the Elizabeth Ludwig Madden Revocable
Trust,

      Defendant.

_____/

**ORDER REQUIRING STIPULATION OF DISMISSAL AND
ADMINISTRATIVELY CLOSING CASE**

**THIS CAUSE** comes before the Court upon the Joint Notice of Settlement (the

"Notice").  ECF No. [75].  Upon due consideration of the Notice, the pertinent portions

of the record, and being otherwise fully advised, it is hereby **ORDERED AND**

**ADJUDGED** as follows:

1.  The parties shall file a Joint Stipulation for Dismissal within **sixty (60) days**

of the date of this Order.  Failure to comply will result in dismissal of this case without

prejudice and without further notice.

2.  If the parties fail to complete the expected settlement, either party may

request the Court reopen the case.

3.  The Clerk shall **CLOSE** this case for administrative purposes only.  Any

pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida this 12th day of August, 2026.

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**