**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 26-cv-20556-JB**

ELIZABETH MADDEN, individually and as co-trustee of the Elizabeth Ludwig Madden Revocable Trust,

Plaintiff,

v.

THE NORTHERN TRUST COMPANY, a foreign banking corporation and co-trustee of the Elizabeth Ludwig Madden Revocable Trust,

Defendant.

_______________________________________/

**MEDIATION REPORT**

Pursuant to S.D. Fla. L.R. 16.2(a)(1)(i)-(iv), and the Court's Order Scheduling Mediation, the Parties participated in a mediation conference. All required participants were present. The results of that mediation are indicated below.

**DATE OF MEDIATION:** August 6, 2026 and August 7, 2026

**PARTIES/COUNSEL:** For Plaintiff: Elizabeth Madden and Lee Stapleton, Esq.

For Defendant: Lisa Diaz, Esq. (client representative) and Tinos Diamantatos, Esq.

For Non-Party Grove Bank & Trust: Edward Joyce and Peter Homer, Esq.

**MEDIATOR:** Willliam King Hill
Gunster
600 Brickell Avenue, 35th Floor
Miami, Florida 33131

**OUTCOME:** The parties reached a settlement as per the Joint Notice of Settlement [DE 75]

/s/ William K. Hill
William K. Hill, Mediator

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on August 14, 2026, a true and correct copy of the foregoing was filed electronically using the Court's CM/ECF system which will send a Notice of Electronic Filing to Counsel of Record.

By: /s/ William K. Hill
Willam King Hill